```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 13-01689-JJT
Kari L. Blydenburgh                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5   User: DDunbar   Page 1 of 1   Date Rcvd: Aug 29, 2018
                    Form ID: pdf010   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.
       +Aldi, Inc.,,   Attention: Michelle,   Payroll Department,   2700 Saucon Valley Road,,   Center Valley, PA 18034-9340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:
        Bass and Associates PC   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Dominick P. Pannunzio   on behalf of Creditor   Franklin Security Bank pannunziolaw@comcast.net, fisherlawoffice@yahoo.com
        James Warmbrodt   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        John Fisher   on behalf of Creditor   Franklin Security Bank johnvfisher@yahoo.com, fisherlawoffice@yahoo.com
        Joshua I Goldman   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kimberly A Bonner   on behalf of Creditor   Recovery Management Systems Corporation amps@manleydeas.com
        Kimberly A Bonner   on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC amps@manleydeas.com
        Kimberly A Bonner   on behalf of Creditor   BANK OF AMERICA, N.A. amps@manleydeas.com
        Lisa M. Doran   on behalf of Debtor 1 Kari L. Blydenburgh ldoran@dorananddoran.com
        Michael J Clark   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        Thomas I Puleo   on behalf of Creditor   Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William Edward Miller   on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                                                        TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Chapter:** 13 |
| | : | **Case No.** 5-13-01689 |
| **Kari L. Blydenburgh**, | : | |
| | : | |
| Debtor. | : | |

## Order Terminating Wage Attachment

Upon Motion filed by Doran & Doran, P.C. on behalf of the above Debtor requesting that the Wage Attachment to pay Chapter 13 Plan Payments be terminated because the Plan has now been fully paid, it is

ORDERED, that the attachment of wages on behalf of the Debtor, Kari L. Blydenburgh, by employer, Aldi, Inc., is hereby terminated.

The address of the employer is: Aldi, Inc., Attention: Michelle, Payroll Department, 2700 Saucon Valley Road, Center Valley, PA 18034.

Dated: August 29, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)