In re:  
Kari L. Blydenburgh  
    Debtor

Case No. 13-01689-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: DDunbar     Page 1 of 2     Date Rcvd: Nov 14, 2018  
                       Form ID: fnldecnd     Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.

```
db             #+Kari L. Blydenburgh,    1057 Shickshinny Valley Rd,    Shickshinny, PA 18655-2815
4294480        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P O Box 982235,    El Paso, TX 79998-2235)
4294481        +Bank of America Home Loans,    Customer Service,    450 American St. #SV416,
                 Simi Valley, CA 93065-6285
4324734        +Bank of America, NA,    c/o Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
                 Mountainside, NJ 07092-2315
4294482        +Bloomsburg Finance,    1000 Market Street,    Bloomsburg, PA 17815-2600
4358254        +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
4294486         Capital One/Best Buy,    Reward Zone Program,    P O Box 80045,    Salinas, CA 93912-0045
4299096        +Dominick P Pannunzio, Esquire,    294 Main Street,    Dupont, PA 18641-1960
4317128         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
4294490        +First National Community Bank,    102 E. Drinker Street,    Dunmore, PA 18512-2491
4294491        +Fishing Creek Vet  &,    Pet Supply Shop,    3692 State Route 487,    Stillwater, PA 17878-9303
4294497        +Home Deposit-Citibank,    P O Box 6497,    Sioux Falls, SD 57117-6497
4294498        +Integrity Solution Services, Inc.,    Coll: GE Capital Retail,    P O Box 4115 Dept 673,
                 Concord, CA 94524-4115
4294501        +Mark C.Eyerley,    1057 Shickshinny Valley Rd,    Shickshinny, PA 18655-2815
4294502         MedExpress Billing,    P O Box 719,    Dellslow, WV 26531-0719
4354460        +PPL ELECTRIC UTILITIES,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
4294503         Regency Finance Company,    146 Wilkes-Barre Twp Blvd,    Wilkes-Barre, PA 18703
4494690         eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              +E-mail/Text: bnc@bass-associates.com Nov 14 2018 19:23:30     ECAST Settlement Corporation,
                  c/o Bass & Associates, P.C.,    Mary Vanatta, Admin. Assistant,    3936 E Ft. Lowell Rd Ste 200,
                  Tucson, AZ 85712-1083
cr              +E-mail/Text: autocollections@essabank.com Nov 14 2018 19:23:41     Franklin Security Bank,
                  1065 Highway 315,    Cross Creek Pointe,    Wilkes-Barre, PA 18702-6941
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 19:29:34
                  PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr               E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2018 19:29:46
                  Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
4294483          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 19:29:32
                  Capital One Servs/Best Buy,    P O Box 5893,    Carol Stream, IL 60197-5893
4306840         +E-mail/Text: bnc@bass-associates.com Nov 14 2018 19:23:30     Capital One, N.A.,
                  Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
4294484          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 19:29:32
                  Capital One/Bankruptcy,    P O Box 30285,    SLC, UT 84130-0285
4294487         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 19:29:33     Capital One/Boscov's,
                  P O Box 30253,    SLC, UT 84130-0253
4333676          E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2018 19:29:34     Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
4294488          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2018 19:23:48     Comenity Bank/Fashion Bug,
                  Bankruptcy Dept.,    P O Box 182125,    Columbus, OH 43218-2125
4294489          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 14 2018 19:23:48
                  Comenity Bank/Victoria Secrets,    Bankruptcy Dept.,    P O Box 182125,
                  Columbus, OH 43218-2125
4294492         +E-mail/Text: autocollections@essabank.com Nov 14 2018 19:23:41     Franklin Security Bank,
                  1065 Highway 315,    Wilkes-Barre, PA 18702-6941
4294493         +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 19:29:42     GE Capital Retail Bank/Sam's,
                  Attn: Bankruptcy Dept,    P O Box 103104,    Roswell, GA 30076-9104
4294494         +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 19:29:31     GE Money Bank/Walmart,
                  Attn: Bankruptcy Dept,    P O Box 103104,    Roswell, GA 30076-9104
4294495         +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 19:29:59     GE-TJX,    P O Box 965005,
                  Orlands, FL 32896-5005
4294496         +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2018 19:29:44     GECap Retail Bk/JCP,
                  Attn: Bankruptcy Dept,    P O Box 103104,    Roswell, GA 30076-9104
4377235         +E-mail/Text: camanagement@mtb.com Nov 14 2018 19:23:47     Lakeview Loan Servicing, LLC,
                  c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840,    Lakeview Loan Servicing, LLC,
                  c/o M&T Bank 14240-0840
4377234          E-mail/Text: camanagement@mtb.com Nov 14 2018 19:23:47     Lakeview Loan Servicing, LLC,
                  c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
4354659          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 19:29:34
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4506182          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 19:44:05
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4506183          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 19:29:34
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541,
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
4309787          E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2018 19:23:50
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4295574          E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2018 19:30:00
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                           TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4294499          Mark C. Eyerley
4294500          Mark C. Eyerley
cr*             +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                  Tucson, AZ 85712-1083
cr*              ECast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
4294485*         Capital One/Bankruptcy,    P O Box 30285,    SLC, UT 84130-0285
4494691*         eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
                                                                              TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
          Bass and Associates PC   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dominick P. Pannunzio   on behalf of Creditor   Franklin Security Bank pannunziolaw@comcast.net,
           fisherlawoffice@yahoo.com
          James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          John Fisher    on behalf of Creditor   Franklin Security Bank johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          Joshua I Goldman   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kimberly A Bonner   on behalf of Creditor   Recovery Management Systems Corporation
           amps@manleydeas.com
          Kimberly A Bonner    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing LLC
           amps@manleydeas.com
          Kimberly A Bonner    on behalf of Creditor   BANK OF AMERICA, N.A. amps@manleydeas.com
          Lisa M. Doran   on behalf of Debtor 1 Kari L. Blydenburgh ldoran@dorananddoran.com
          Michael J Clark   on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   Lakeview Loan Servicing LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William Edward Miller   on behalf of Creditor   M&T Bank as servicer for Lakeview Loan Servicing
           LLC wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                         TOTAL: 14
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kari L. Blydenburgh, | Chapter 13 |
| **Debtor 1** | Case No. 5:13−bk−01689−JJT |

Social Security No.:
xxx−xx−4718

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Kari L. Blydenburgh** in accordance with §1328 of the Bankruptcy Code.

Dated: November 14, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

**fnldec** (05/18)